UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ, et al., | No. C07-2099 EMC |
| Plaintiffs, | |
| v. | **ORDER OF RECUSAL** |
| STAR RESTAURANT COTATI, et al., | |
| Defendants. | |

This Court, on its own motion, hereby recuses itself from any and all further proceedings in this matter.

IT IS SO ORDERED.

Dated: April 20, 2007

_____
EDWARD M. CHEN
United States Magistrate Judge