THOMAS E. FRANKOVICH (State Bar No. 074414)
JENNIFER L. STENEBERG (State Bar No. 202985)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
2806 Van Ness Avenue
San Francisco, CA 94109
Telephone:  415/674-8600
Facsimile:  415/674-9900

Attorneys for Plaintiffs IRMA RAMIREZ
and DISABILITY RIGHTS ENFORCEMENT,
EDUCATION SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>STAR RESTAURANT COTATI; SPRIOS HALIKOAS; and SAM ATALLAH, an individual dba STAR RESTAURANT,<br><br>    Defendants, | **CASE NO. C07-2099-SI**<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT SPRIOS HALIKOAS TO RESPOND TO COMPLAINT** |

Plaintiffs Irma Ramirez and Disability Rights Enforcement, Education Services, through their undersigned counsel, and defendant Sprios Halikoas, through his undersigned counsel, stipulate as follows:

1.  Defendant Sprios Halikoas is granted an extension of time to and including July 15, 2007, to answer or otherwise respond to plaintiffs' complaint.

2.  In the event defendant Sprios Halikoas files a motion in lieu of an answer to plaintiffs' complaint, the hearing on such motion shall be set on a date no sooner than 45 days from the service of said motion.

3. Defendant's counsel further stipulates that defendant will comply with any and all due dates dictated by the Federal Rules of Civil Procedure, the Local Rules of Court, and/or any scheduling order issued by the court prior to the date on which defendant's responsive pleading is due hereunder.

This Stipulation may be executed in faxed counterparts, all of which together shall constitute one original document.

IT IS SO STIPULATED.

Dated: July 5, 2007　　　　　　　　THOMAS E. FRANKOVICH
　　　　　　　　　　　　　　　　　A PROFESSIONAL LAW CORPORATION


By: /s/
　　　Jennifer L. Steneberg
Attorneys for Plaintiffs IRMA RAMIREZ and
DISABILITY RIGHTS ENFORCEMENT,
EDUCATION SERVICES

Dated: June 27, 2007　　　　　　　LAW OFFICES OF EDWIN GRUNDSTROM


By: /s/
　　　Edwin V. Grundstrom
Attorneys for Defendant SPRIOS HALIKOAS

**O R D E R**

IT IS SO ORDERED.

Dated: _____, 2007

 _(signature)_
SUSAN ILLSTON
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME
FOR DEFENDANT SPRIOS HALIKOAS TO RESPOND TO COMPLAINT　　　　2